**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Teraino Adarry BIVINS, a.k.a. Dog,**
**a.k.a. Thomas W. Moon,**
**Defendant–Appellant.**

**No. 09–11177**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 15, 2010.

Teraino Adarry Bivins, Columbiana, AL, pro se.

Michael Boysie Billingsley, Ramona C. Albin, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Before EDMONDSON, BLACK and ANDERSON, Circuit Judges.

PER CURIAM:

Joseph A. Ingram, appointed counsel for Teraino Adarry Bivins, in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED,** and the district court's order revoking Bivins's supervised release and imposing his 24–month sentence under 18 U.S.C. § 3583(e)(3) is **AFFIRMED.**